| | |
|---|---|
| MICHAEL ST. DENIS PROFESSIONAL CORPORATION<br>Michael St. Denis<br>(CA Bar No. 147952)<br>500 Silver Spur Rd., Suite 204<br>Rancho Palos Verdes, CA 90275<br>Tel:  (310) 378-4700<br>Fax:   (310) 378-8722<br>Email:  mike@mikestdenislaw.com<br><br>Shauna M. Wertheim (*pro hac vice*)<br>swertheim@marburylaw.com<br>Timothy W. Johnson (*pro hac vice*)<br>tjohnson@marburylaw.com<br>Joanna L. Cohn (*pro hac vice*)<br>jcohn@marburylaw.com<br>THE MARBURY LAW GROUP, PLLC<br>11800 Sunrise Valley Dr., 15th Fl.<br>Reston, VA 20191-5300<br>Tel: 571-267-7002<br>Fax: 703-391-2901<br><br>Attorneys for Plaintiff<br>DAIMLER AG | SHULMAN HODGES & BASTIAN LLP<br><br>James C. Bastian, Jr.<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Tel: 949-340-3400<br>Fax: 949-340-3000<br>Email: JBastian@shbllp.com<br><br>Attorneys for Defendant<br>TRADE UNION INTERNATIONAL, INC. |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, a German Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRADE UNION INTERNATIONAL, INC. D/B/A TOPLINE, et al.,<br><br>        Defendants. | Case No.: 5:16-cv-00667-CAS-DTB<br><br><br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL WITH PREJUDICE - 1

Pursuant to the Stipulated Motion For Dismissal With Prejudice of all claims in this case filed on behalf of Daimler AG ("Daimler") and Trade Union International Inc. ("Trade Union"), who have agreed to the terms of a Settlement Agreement, effective November 10, 2016 (the "Settlement Agreement"), and to entry of this order of dismissal, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that judgment be entered against Trade Union as follows:

1. This Court has jurisdiction over the subject matter of this action, and has *in personam* jurisdiction over Trade Union.

2. Trade Union hereby acknowledges and agrees that U.S. Design Patent No. D542,211 and U.S. Design Patent No. D570,760 (collectively, the "DAIMLER Patents") are each valid and enforceable.

3. Trade Union hereby acknowledges Daimler's rights in and to the trademarks alleged in the Complaint, including its rights in U.S. Trademark Reg. No. 3,305,055, U.S. Trademark Reg. No. 1,807,353, U.S. Trademark Reg. No. 1,660,727, U.S. Trademark Reg. No. 2,909,827, and U.S. Trademark Reg. No. 2,876,643 (collectively, the "DAIMLER Marks"), and that the DAIMLER Marks are each valid and enforceable.  Trade Union agrees that it will not contest, or assist in the contest of, the validity or enforceability of the DAIMLER Patents and

the DAIMLER Marks, in any forum, including Federal Courts, United States Patent and Trademark Office, and/or the International Trade Commission.

4. Trade Union is hereby enjoined from purchasing, importing, selling, distributing, or marketing automotive wheels infringing the DAIMLER Patents or the DAIMLER Marks.

5. Trade Union shall bear its own costs and expenses, including attorneys' fees, arising out of this case.

6. This judgment shall be effective and enforceable to the fullest extent possible under the laws of the United States.

7. This Court shall retain jurisdiction of this action to enforce this judgment and the Parties' Settlement Agreement.

8. All claims in the above-entitled lawsuit between Daimler and Trade Union are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 16, 2016   By: _____
                                Christina A. Snyder
                                United States District Judge